# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Daniel O'Connell,　　　　　　　　　　　　　　Civil No. 10-3315 (RHK/JSM)

　　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER**

vs.

CLX Systems/Westwood Management, Inc.
and Brett Stephen Ruffenach, a/k/a Tim Simon,

　　　　　Defendants.

---

　　　　Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 6), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

　　**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 15, 2010

　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge